**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PATRICIA L. COOPER
and YOLANDA S. COOPER,
    Plaintiffs,

vs.                                                  Case No: 3:07cv59/MCR/EMT

OKALOOSA COUNTY, et al.,
    Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 22, 2007.  Plaintiffs have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. The Fort Walton Medical Center, Baptist Hospital, "Federal Drug Administration," and Pharmicia are **DISMISSED** as Defendants from this action, and the claims against those Defendants **DISMISSED without prejudice**.  If Plaintiffs wish to pursue their claims against these four Defendants, they must proceed against them in a separate action.

      3. All of Plaintiff Yolanda Cooper's claims, both federal and state, are **DISMISSED with prejudice** for lack of jurisdiction, and she is **DISMISSED** as a plaintiff from this action.

      4. Plaintiff Patricia Cooper's claims regarding child support and property distribution in her divorce case in the State of Georgia in 1995, as well as her claims under 42 U.S.C.

Case 3:07-cv-00059-MCR-EMT   Document 34   Filed 11/05/07   Page 2 of 2

Page 2 of 2

§§ 1985(2), 1986, and federal criminal statutes are **DISMISSED with prejudice** for lack of jurisdiction.

     5. All of Plaintiff Patricia Cooper's remaining federal and state claims are **DISMISSED with prejudice** for lack of standing, except her Fourth Amendment claims of illegal entry and search on December 15, 2005 and January 18, 2006, against Defendants Pagano and Stalnaker.

     6. All Defendants are **DISMISSED** from this action except Defendants Pagano and Stalnaker.

     7. This case is referred to the assigned magistrate judge for further proceedings on Plaintiff Patricia Cooper's Fourth Amendment claims against Defendants Pagano and Stalnaker.

     **DONE AND ORDERED** this 5th day of November, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**