# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICIA COOPER,

    Plaintiff,

vs.                                                      Case No.: 3:07cv59/MCR/EMT

HEATHER PAGANO and
OFFICER STALNAKER,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 1, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED** for Plaintiff's failure to comply with an order of the court and failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

    **DONE AND ORDERED** this 1st day of May, 2008.


                                       *s/ M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **UNITED STATES DISTRICT JUDGE**